Richard A. Henrikson, Plaintiff-Appellant, v. Ralph E. Knox and R. H. Reese, Trading as K and R Transports; K and R Transports, Inc., and Donald H. Rice, Defendants-Appellees.

Gen. No. 10,639.

**Carl A. Swenson, for appellant; Maynard & Maynard, for appellees. Opinion by JUSTICE ANDERSON. Not to be published in full.** Opinion filed December 30, 1952; rehearing denied April 8, 1953; released for publication April 8, 1953.